

**HASBANI &**

**LIGHT, P.C.**

ATTORNEYS AT LAW

450 Seventh Ave
Suite 1408
New York, NY 10123

June 1, 2020

<u>**Via ECF**</u>
Hon. Elizabeth S. Strong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East-Suite 1595
Brooklyn, NY 11201-1800

Rafi Hasbani
T. 646.490.6677
F. 347.491.4048
rhasbani@hasbanilight.com

*Licensed in NY & NJ*

RE:    In re: Moshe Nelkenbaum
           Docket No.: 1-19-40248-ess

Dear Judge Strong,

Our office represents creditor JDP Mortgage, LLC ("Creditor") in the above referenced action. Please allow this letter to serve as a written status report submitted on behalf of Creditor, pursuant to the EDNY Loss Mitigation Program Procedure.

On May 5, 2020, the parties appeared for a telephonic conference regarding loss mitigation, Creditor's motion to confirm the termination of the stay ("Comfort Motion") and Debtor's motion to impose the stay. The Court allowed Debtor an additional two (2) weeks to submit a supplemental brief to his motion. On May 19, 2020, Debtor submitted a notice of withdrawal of his motion.

Since then, there has been no change in Debtor's loss mitigation application, and Debtor is no longer seeking to impose the stay. It is respectfully submitted that the Court issue an order on Creditor's Comfort motion as it is no longer opposed by Debtor and terminate loss mitigation. Per Creditor's last status letter dated May 4, 2020, a detailed denial of the loss mitigation application has been provided to Debtor.

Thank you for your time and attention to this matter.

Very truly yours,

Rafi Hasbani, Esq.